UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIS ODINMA, et al.,

    Plaintiffs,

  v.

AURORA LOAN SERVICES LLC,

    Defendant.
_____/

No. C 09-04674 EDL

ORDER SETTING CASE MANAGEMENT CONFERENCE

[Reassigned Case]

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Elizabeth D. Laporte for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on January 19, 2010, at 3:00 p.m. in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. The parties may file an updated joint case management statement if there are any updates to the parties December 31, 2009 statement. Any update shall be filed by January 15, 2010.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**."  One copy shall be clearly marked as a chambers copy.

IT IS SO ORDERED.

Dated: January 12, 2010

                                                    ELIZABETH D. LAPORTE
United States Magistrate Judge